UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO. CR26-090 LK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| HAYLEY BROWN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Offense charged:     Conspiracy to Commit Wire Fraud; Wire Fraud – Gift Cards (6 counts); Wire Fraud – Debit Cards; Aggravated Identity Theft; Unlawful Possession of a Firearm; Forfeiture Allegations

Date of Detention Hearing:     June 9, 2026.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1.     Defendant has been indicted on multiple counts of conspiracy to commit identity theft and wire fraud, and unlawful possession of a firearm.   The government contends, when arrested, evidence was seized that showed an on-going, long-standing pattern of extensive identity fraud and identity theft, with credit cards, identity documents, and other information supporting that conspiracy.   Defendant's criminal record shows an extensive history of controlled substance and identity theft-related charges, with continuing bench warrant activity for failure to appear for court hearings.   Defendant also has similar charges pending in state court.   Defendant has a substance abuse history and a lack of a history of regular employment.

2.     Defendant poses a risk of nonappearance based on a history of failing to appear and failing to comply with conditions of release, pending cases, substance use history, and lack of employment.   Defendant poses a risk of danger based on criminal history and the nature of the alleged offense.

3.     There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1.  Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;

2.  Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3.  On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 9th day of June, 2026.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3